# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00191-CV

**Stacy Paulson, Appellant**

**v.**

**Classic Floors of Texas, Inc., Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-08-005749, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Stacy Paulson has notified this Court that she has filed for bankruptcy protection (United States Bankruptcy Court, W.D. Texas, case number 09-10948). Accordingly, the appeal is stayed. *See* 11 U.S.C. § 362; Tex. R. App. P. 8. Any party may file a motion to reinstate upon the occurrence of an event that would allow the appeal to proceed. *See* Tex. R. App. P. 8.3. Failure to notify this Court of a lift of the automatic stay or the conclusion of the bankruptcy proceeding will result in the dismissal of the case for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Abated

Filed: May 22, 2009